■ GWENDOLYN A. WILSON, Respondent, v ALONZO J. WILSON, Appellant. [614 NYS2d 181] —Appeal by the defendant from an order of the Supreme Court, Queens County (Lonschein, J.), dated July 8, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lonschein at the Supreme Court (see also, Andrews v Dolan, 158 AD2d 569; Joyce v Joyce, 110 AD2d 682; Heitzman v Heitzman, 105 AD2d 682). Bracken, J. P., O'Brien, Santucci and Joy, JJ., concur.